**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00118-CV

## RMAX OPERATING, LLC, Appellant

## V.

## GAF MATERIALS CORPORATION OF AMERICA, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-04125

## ORDER

The record in this case appears incomplete as it is missing the testimony by video deposition of Jimmy Cobb and does not contain the video exhibit Plaintiff's Exhibit 325, which was played for the jury at volume 8, page 228, of the reporter's record.

In volume 4, page 7, of the reporter's record, the videotaped deposition of Jimmy Cobb was played for the jury outside the presence of the court reporter. On pages 5 to 6 of volume 4, Michael Lynn, the attorney for the plaintiff Rmax Operating, LLC, agreed to provide the court reporter with "the transcript and marked portions." However, the transcription of Jimmy Cobb's deposition does not appear to be in the clerk's record or the reporter's record. Accordingly, we **ORDER** Vielica Dobbins, the official court reporter for the 134th District Court, to either (1) file a supplemental reporter's record containing the testimony of Jimmy Cobb or (2) notify this Court

in writing that the parties did not provide the deposition transcript and marked portions. The supplemental record or written notification shall be filed in this Court by December 15, 2017.

Additionally, we **ORDER** Vielica Dobbins, the official court reporter for the 134th District Court, to file, by December 15, 2017, a supplemental reporter's record containing Plaintiff's Exhibit 325 in a playable format.

We **DIRECT** the Clerk of this Court to send a copy of this order to Vielica Dobbins, the official court reporter for the 134th District Court, and to the Honorable Dale Tillery, Judge of the 134th District Court.


/s/     DAVID L. BRIDGES
            PRESIDING JUSTICE